IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT HARDEN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06cv768 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CLAY HICKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on notice from the Douglas County Correctional Center ("DCCC") that the plaintiff, Robert Harden, has been refusing to accept mail from the court. The items of mail rejected by the plaintiff, unopened, included the Order on Initial Review (filing no. 6) entered by District Judge Richard G. Kopf. That Order included a deadline of February 26, 2007, by which the plaintiff is required to file an Amended Complaint in order that this case may proceed. If the plaintiff does not meet his deadline, it is quite likely that this case will be dismissed.

    Therefore, the Clerk of Court shall send another copy of filing no. 6 together with a copy of this Order to the plaintiff at DCCC. On the outside of the envelope the Clerk of Court shall write the following message: "ORDERS FROM THE COURT ENCLOSED. FAILURE TO RESPOND AS ORDERED MAY RESULT IN DISMISSAL OF CASE NO. 8:06cv768."

    SO ORDERED.

    DATED this 14th day of February, 2007.

                                                    BY THE COURT:

                                                  s/ F. A. GOSSETT
                                                  United States Magistrate Judge