IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT HARDEN, | ) | 8:06CV768 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| CLAY HICKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    Plaintiff, who appears pro se, has mailed the attached "statement" to my chambers. I will direct the clerk of the court to file this document, and, treating it as a motion for reconsideration filed pursuant to NECivR 60.1, I will deny the same.

    Accordingly,

    IT IS ORDERED that:

1. The clerk of the court shall file the attached statement; and

2. Treating the aforesaid document as a motion for reconsideration of the court's memorandum and order entered on March 8, 2007 (filing 9), it is denied.

March 21, 2007.                   BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge